1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAVID GUERRERO,                        )       NO. ED CV 09-307-E
                                           )
12                  Plaintiff,             )
                                           )
13      v.                                 )          **JUDGMENT**
                                           )
14  MICHAEL J. ASTRUE, COMMISSIONER        )
    OF SOCIAL SECURITY ADMINISTRATION,     )
15                                         )
                    Defendant.             )
16  _____)

17

18      IT IS HEREBY ADJUDGED that the decision of the Commissioner

19  of the Social Security Administration is reversed in part and the matter

20  is  remanded  for  further  administrative  action  consistent  with  the

21  Memorandum Opinion and Order of Remand filed concurrently herewith.

22

23      DATED:  September 25, 2009.

24

25

                        _____/S/_____
26                          CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE
27

28